622 A.2d 127

**Richard WIMMER, et ux.**

**v.**

**George J. RICHARDS, et al.**

**No. 113, Sept. Term, 1992.**

Court of Appeals of Maryland.

April 1, 1993.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI, and ROBERT M. BELL, JJ.

## ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 1st day of April, 1993

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.